IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| PAMELA L. FAIRFIELD, | |
|---|---|
| Plaintiff, | |
| v. | Case No. CIV-12-450-RAW-KEW |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On February 28, 2014, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 17th day of March, 2014.

**Dated this 17th day of March, 2014.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma